IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN C STADLER, SR.,** | |
| *Plaintiff*, | Civil Action |
| v. | No. 23-cv-5150 |
| **ROBERT G WEIDHAAS, JR.** *et al.*, | |
| *Defendants*. | |

## ORDER

**AND NOW**, this 3rd day of April, 2024, upon consideration of letters filed by both parties regarding a proposed motion to dismiss, and following a telephone conference held on April 2, 2024, it is hereby **ORDERED** that:

1. Within seven (7) days of the date of this Order, Plaintiff shall inform Defendants whether he intends to file an amended complaint to name Diecut US, Inc. as a party.

    a. If Plaintiff does intend to file an amended complaint, the amended complaint shall be filed within fourteen (14) days of the date of this Order. The time for all Defendants to respond to the complaint is extended until Diecut is served and Diecut's response is due, at which time Defendants may file their proposed motion to dismiss.

    b. If Plaintiff does not intend to file an amended complaint, Defendants may file their proposed motion to dismiss within fourteen (14) days of the date of this Order.

2

2. Within seven (7) days of the date of this Order, counsel shall advise the Court whether their clients are amenable to an agreement that would allow Diecut to voluntarily dissolve under appropriate supervision.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**