# Ferrara Law Group, P.C.



April 8, 2024

**VIA ECF**
The Honorable Mitchell S. Goldberg, U.S.D.J.
United States District Court
Eastern District of Pennsylvania

     **Re:**    **Stadler v. Weidhaas et al., Docket No.: 2:23-cv-5150-MSG**

Dear Judge Goldberg:

     As you may recall, I represent plaintiff, John C. Stadler, Sr. with regard to this corporate dissolution action. Pursuant to the court's April 3, 2024 order (Dkt. 9), please be advised that Mr. Stadler is amenable to an agreement that would allow Diecut to voluntarily dissolve under appropriate supervision.

     Respectfully submitted,

     **FERRARA LAW GROUP, P.C.**

     NOAH A. SCHWARTZ