JACOBS LAW GROUP PC

Jacobs Law Group, PC
200 Barr Harbor Drive
Suite 400
West Conshohocken PA 19428
phone: 215-569-9701
fax: 215-569-9788
www.jacobslawpc.com

RICHARD E. MILLER
rmiller@jacobslawpc.com
Direct: 267-490-3277

April 8, 2024

Filed Via the ECF System
Honorable Mitchell S. Goldberg
United States District Court
Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse, Room 17614
601 Market Street
Philadelphia, Pennsylvania 19106-1797

      RE: *John Stadler v. Robert Weidhaas, et al.*, No. 2:23-cv-05150

Dear Judge Goldberg:

      I represent Robert and Allison Weidhaas, the defendants in the above matter. Per the Court's April 3, 2024 order (Dkt. 9), I am writing to advise the Court of my clients' position regarding a voluntary supervised dissolution of non-party Diecut US, Inc. ("Diecut"). Since Diecut has already commenced a voluntary dissolution in Wyoming, the defendants cannot agree to a supervised dissolution by the Court.

      Respectfully submitted,

      *Richard Miller*

      Richard Miller

cc: Noah Schwartz, Esq.