IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN C STADLER, SR.,** *Plaintiff*, v. **ROBERT G WEIDHAAS, JR.** *et al.*, *Defendants*. | Civil Action No. 23-cv-5150 |

## ORDER

**AND NOW**, this 23rd day of April, 2024, it is hereby **ORDERED** that Plaintiff's request for a 20-day extension is **GRANTED**, and the deadline for Plaintiff to file an amended complaint naming Diecut US, Inc. as a defendant is extended to **May 8, 2024**.

BY THE COURT:

 */s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**

1