IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN C STADLER, SR.,** *Plaintiff*, v. **ROBERT G WEIDHAAS, JR.** *et al.*, *Defendants*. | Civil Action No. 23-cv-5150 |

### ORDER

**AND NOW**, this 28th day of May, 2024, it is hereby **ORDERED** that:

1. This case is **STAYED** for a period of 60 days for the parties to pursue an amicable resolution.

2. Within 60 days of the date of this Order, the parties shall file a joint status report.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**

1