**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOHN C. STADLER, SR., : | |
| : | CIVIL ACTION |
| Plaintiff, : | NO.: 2:23-cv-05150 |
| : | |
| v. : | |
| : | |
| ROBERT G. WEIDHAAS, JR., : | |
| and : | |
| ALLISON D. WEIDHAAS, : | |
| : | |
| Defendants. : | |

**ENTRY OF APPEARANCE**

Please enter the appearance of Nicholas H. Pennington., (PA Atty. ID 307073), on behalf of the Defendants, Robert G. Weidhaas and Allison D. Weidhaas, in the above-captioned matter.

STEVENS & LEE, P.C.

Dated:  December 27, 2024           By: s/ *Nicholas H. Pennington*
                                       Nicholas H. Pennington
                                       Attorney Id. No. 307073
                                       620 Freedom Business Center, Suite 200
                                       King of Prussia, PA  19406
                                       Phone:  (610) 205-6352
                                       Fax:  (610) 371-7372
                                       E-mail:  nicholas.pennington@stevenslee.com