## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2024, I caused the foregoing ENTRY OF APPEARANCE to be filed with the Clerk of Court using the Court's Electronic Document Filing System, which served copies on all interested parties registered for electronic filing.

 s/ *Nicholas H. Pennington*
Nicholas H. Pennington