IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN C STADLER, SR.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**ROBERT G WEIDHAAS, JR.** *et al.*,<br><br>*Defendants*. | Civil Action<br><br>No. 23-cv-5150 |

### ORDER

**AND NOW**, this 8th day of January, 2025, it is hereby **ORDERED** that:

1. This case will remain **STAYED** until **March 3, 2025**;

2. If the Parties' ongoing mediation efforts are not completed by March 3, 2025, I will lift the stay and issue a Scheduling Order.

BY THE COURT:

 */s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**

1