IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN C STADLER, SR., | |
| *Plaintiff*, | Civil Action |
| v. | No. 23-cv-5150 |
| ROBERT G WEIDHAAS, JR. *et al.*, | |
| *Defendants*. | |

## SCHEDULING ORDER

**AND NOW**, this 17th day of April, 2025, it is hereby **ORDERED** that:

1. This case is referred to Magistrate Judge José Arteaga for settlement purposes. Judge Arteaga will contact counsel to initiate the settlement process.

2. All fact discovery shall be completed by **August 15, 2025**.

3. Plaintiff's expert reports, if any, shall be produced by **August 29, 2025**. Defendants' expert reports, if any, shall be produced by **September 15, 2025**. Plaintiff's rebuttal expert reports, if any, shall be produced by **September 22, 2025**. All expert discovery, including depositions of expert witnesses, shall be completed by **October 17, 2025**.

4. All motions for summary judgment and <u>Daubert</u> motions shall be filed no later than **October 31, 2025**.

5. Responses to motions for summary judgment and <u>Daubert</u> motions, if any, shall be filed no later than **November 24, 2025**.

BY THE COURT:

/s/ Mitchell S. Goldberg
**MITCHELL S. GOLDBERG, J.**